**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GEOFFREY ROBERT LAWSON,

Plaintiff - Appellant,

v.

OCWEN LOAN SERVICING LLC; et al.,

Defendants - Appellees.

No. 13-35345

D.C. No. 3:10-cv-05481-BHS

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Benjamin H. Settle, District Judge, Presiding

Submitted July 26, 2016[**]

Before:      SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Geoffrey Robert Lawson, a Washington state prisoner, appeals pro se from

the district court's orders denying his Fed. R. Civ. P. 60(b) motions in his action

alleging wrongful foreclosure and other federal and state law violations. We have

jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Sch.*

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

The district court did not abuse its discretion by denying Lawson's Rule 60(b) motions because Lawson failed to demonstrate any grounds for relief. *See id.* at 1263 (grounds for reconsideration under Fed. R. Civ. P. 60(b)); *see also Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 394-95 (1993); *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381-82 (9th Cir. 1997).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**